UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Glenn</u>

     v.         Civil No. 11-cv-475-JD

<u>NH State Prison Family Connection Center, et al.</u>

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 4, 2012, no objection having been filed." '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));   <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  SO ORDERED.

June 26, 2012        <u>/s/ Joseph A. DiClerico, Jr.</u>
              Joseph A. DiClerico, Jr.
              United States District Judge

cc: Charles Glenn, pro se
   Nancy Smith, Esq.